**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HELMHOLTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE,<br><br>　　　　　Defendant. | No. 5:20-CV-00484-JAK (DMFx)<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE (DKT. 59)**<br><br>JS-6 |

　　　　Based on a review of the parties' Stipulation to Dismiss with Prejudice (the "Stipulation" (Dkt. 59)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice. The parties shall bear their own costs, expenses and attorney's fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. § 1988. This Order is the result of a compromise of disputed claims.  It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or events referenced in the pleadings.

/ /

/ /

The Court shall retain jurisdiction for the purpose of enforcement of the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: November 10, 2021

John A. Kronstadt
United States District Judge